# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00327-CV

### J. M. and C. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-17-001683, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants J. M. and C. S. filed their notices of appeal on May 11, 2018. The appellate record was complete May 18, 2018, making appellants' briefs due June 8, 2018. *See* Tex. R. App. P. 38.6(a). On June 14, 2018, counsel for C. S. filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order Timothy Hutton, counsel for J. M., and Colin Gaffney, counsel for C. S., to file appellants' briefs no later than July 5, 2018. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on June 14, 2018.


Before Justices Puryear, Pemberton, and Bourland